# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARVIN SEEGER,**
**TINA SCHULTZ, and**
**SANDRA KNESLEY,**

      **Plaintiffs,**

 V.                                                **CASE NO. 05-C-944**

**PLAZA ASSOCIATES,**

      **Defendant.**

## ORDER

Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

**IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

Dated at Milwaukee, Wisconsin, this 22nd day of November, 2005.

                                  **BY THE COURT:**

                                  s/ Rudolph T. Randa
                                  **Hon. Rudolph T. Randa**
                                  **Chief Judge**