UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARVIN SEEGER, TINA SCHULTZ and SANDRA KNESLEY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AID ASSOCIATES, INC. d/b/a PLAZA ASSOCIATES, )<br>)<br>Defendant. | Case No. 05-cv-0944<br>Magistrate Judge Goodstein |

## FINAL ORDER ON CLASS ACTION SETTLEMENT

**IT IS HEREBY ORDERED:**

1. On August 15, 2007, the Court approved the Preliminary Settlement Agreement reached between Plaintiffs and Defendant, Aid Associates d/b/a Plaza Associates ("Defendant"). The Court approved a form of notice for mailing to the class. The Court is informed that actual notice was sent by first class mail to approximately 5,894 class members. A total of 1,189 envelopes were returned by the United States Postal Service, 345 of which were returned with forwarding addresses and re-mailed. 3 class members requested exclusion and no objections were filed or received. A total of 755 class members timely returned the proof of claim form and are therefore entitled to a pro rata share of the monetary benefits of the settlement. As of November 14, 2007, 8 late claim forms were returned by class members. Late claim forms returned before November 14, 2007, will be accepted as valid. Thus, a total of 763 class members returned valid proof of claim forms entitling them to a pro rata share of the monetary benefits of the settlement.

2. On November 14, 2007, the Court held a fairness hearing to which class members, including any with objections, were invited.

3. The Court finds that provisions for notice to the class satisfy the requirements of Federal Rules of Civil Procedure 23 and due process.

4. The Court finds the settlement is fair and reasonable and hereby approves the Class Settlement Agreement submitted by the parties, including the Release and a payment of a total of $55,000 for the Settlement Fund. This Settlement Fund will be paid as follows:

   i. Class Representatives Marvin Seeger, Tina Schultz, and Sandra Knesley will each receive $1,000 in settlement of their individual claims.

   ii. Class members who timely returned a claim form received by November 14, 2007, who did not exclude themselves shall be paid their *pro rata* share of $17,000 by check, void one hundred and twenty (120) days after issuance. It is estimated the 763 Class Members' *pro rata* share of the $17,000 Settlement Fund is $22.28.

   iii. Class Counsel petitioned the court for attorneys' fees and costs and expenses of this lawsuit in an amount of $35,000. Class Counsel will not request additional fees or costs from Defendant or the Class Members other than the court awarded fees and costs. The attorneys' fees and costs awarded by the court shall be paid by check within thirty-five (35) days of the Effective Date.

   iv. Any undistributed funds or uncashed checks will be contributed to the Milwaukee Legal Aid Society as a *cy pres* award.

5. The Class Representatives and the Class grant Defendant the following releases:

   (a) Class Representatives and the Class hereby remise, release and forever discharge AID ASSOCIATES, INC. d/b/a PLAZA ASSOCIATES as well as the predecessors and successors in interests and present and former affiliates, subsidiaries, insurers, officers, directors, agents, employees, members, shareholders, general partners, limited partners, beneficiaries, representatives, heirs, attorneys, assigns, or entities for which the Defendant performs portfolio servicing activities (including without limitation, any investors, trusts or similar entities) (collectively "Releasees") from any cause of action, suits, claims or demands whatsoever, in law or in equity, known or unknown at this time, which the Class

> Representatives and the class have or ever had against the Releasees, or any of them, under any legal theory, whether or not alleged arising out of the allegations in or subject matter of the Amended Complaint.
>
> (b) Each class member not opting out releases and discharges the Releasees of and from all causes of actions, suits, claims and demands, relating to the collection letters attached as Exhibits A, B & C to the Amended Complaint.

6. The Court finds the Settlement Agreement fair and made in good faith.

7. The Court dismisses the claims of Class Representatives and the Class as set forth in the Class Settlement Agreement against Defendant and the Releasees with prejudice and with costs pursuant to the provisions set forth in paragraph 8 below.

8. The Court awards attorney's fees and costs of $35,000 to Ademi & O'Reilly, LLP. This amount shall be deducted from the $55,000 Settlement Fund described above, prior to distribution. Class Counsel is not entitled to payment of any additional fees and costs other than the Court awarded fees and costs.

9. The clerk shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this <u>15th</u> day of November, 2007.

<u>s/AARON E. GOODSTEIN</u>
United States Magistrate Judge
