# United States District Court

Eastern District of Wisconsin

JUDGMENT IN A CIVIL CASE

**MARVIN SEEGER, TINA SCHULTZ**
**and SANDRA KNESLEY,**
        **Plaintiffs,**

        v.         Case No. 05-C-944

**AID ASSOCIATES, INC., d/b/a**
**PLAZA ASSOCIATES,**
        **Defendant.**

[x]   **Decision by Court.** This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

1. The Court finds the Settlement Agreement fair and made in good faith.

2. The Court dismisses the claims of Class Representatives and the Class as set forth in the Class Settlement Agreement against Defendant and the Releasees with prejudice and with costs pursuant to the provisions set forth in paragraph 3 herein:

3. The Court awards attorney's fees and costs of $35,000 to Ademi & O'Reilly, LLP. This amount shall be deducted from the $55,000 Settlement Fund, prior to distribution. Class Counsel is not entitled to payment of any additional fees and costs other than the Court awarded fees and costs.

        Jon W. Sanfilippo, Clerk of Court

        EASTERN DISTRICT OF WISCONSIN

Date:   November 15, 2007         (By) Deputy Clerk, s/C. Quinn

        Approved this 15th day of November, 2007.

        s/AARON E. GOODSTEIN
        United States Magistrate Judge